AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA  *mm*

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Anthony Vincente Pangelinan | ) | Case No. 17-1185 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 9, 21, and 24, 2017__ in the county of __Philadelphia and Montgomery__ in the __Eastern__ District of __Pennsylvania__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 2113(a) | Bank Robbery (3 Counts) |

This criminal complaint is based on these facts:
See attached Affidavit.

☐ Continued on the attached sheet.

_____
Complainant's signature

FBI S/A Adam Sucheski
Printed name and title

Sworn to before me and signed in my presence.

Date: 8/31/17

_____
Judge's signature

City and state: Philadelphia, PA

Honorable Thomas J. Rueter, U.S.M.J.
Printed name and title

ATTACHMENT A

On or about August 9, 2017, in Philadelphia, in the Eastern District of Pennsylvania, defendant Anthony Vincente Pangelinan did knowingly and unlawfully, by force, violence and by intimidation, take from employees of Citizens Bank, located at 5500 Germantown Avenue, Pennsylvania, property and money, that is, approximately $1,800 in United States currency, belonging to and in the care, custody, control, management, and possession of Citizens Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

On or about August 21, 2017, in Flourtown, in the Eastern District of Pennsylvania, defendant Anthony Vincente Pangelinan did knowingly and unlawfully, by force, violence and by intimidation, attempt to take from employees of TD Bank, located at 1240 Bethleham Pike, Flourtown, Pennsylvania, property and money, belonging to and in the care, custody, control, management, and possession of TD Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

On or about August 24, 2017, at Jenkintown, in the Eastern District of Pennsylvania, defendant Anthony Vincente Pangelinan did knowingly and unlawfully, by force, violence and by intimidation, take from employees of TD Bank, located at 710 Old York Road, Jenkintown, Pennsylvania, property and money, that is, approximately $600 in United States currency, belonging to and in the care, custody, control, management, and possession of TD Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

**AFFIDAVIT IN SUPPORT OF APPLICATION
FOR AN ARREST WARRANT**

I, Adam Sucheski, being duly sworn, state the following:

**Introduction**

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), currently assigned to the Philadelphia Division's Fort Washington Resident Agency, duly appointed according to law and acting as such. I have been a Special Agent since 2006, and I have conducted numerous investigations into various crimes, including mail fraud, art theft, child pornography, armed commercial robberies, and bank robberies. I have gained experience through training at the FBI Academy and prior law enforcement training. I have been the affiant on numerous search and arrest warrants.

2. This case involves the investigation of ANTHONY PANGELINAN for the offenses of bank robbery at locations in the Eastern District of Pennsylvania.

**Purpose of Affidavit**

3. I submit this Affidavit in support of an application for an arrest warrant for ANTHONY PANGELINAN.

4. Based on the evidence described below, there is probable cause to believe that PANGELINAN committed three(3) Counts of bank robbery, in violation of 18 U.S.C. §§ 2113(a), and that there is probable cause for the issuance of an arrest warrant.

5. The information in this Affidavit is based, among other things, on my own investigation, and on information from other law enforcement officers. I submit this Affidavit for the limited purpose of establishing probable cause for an arrest warrants; therefore I have not recited every fact I know about this investigation.

## LEGAL AUTHORITY

6.   Title 18 U.S.C. § 2113(a) states:

Whoever, by force and violence, or by intimidation, takes, or attempts to take, from the person or presence of another, or obtains or attempts to obtain by extortion any property or money or any other thing of value belonging to, or in the care, custody, control, management, or possession of, any bank, credit union, or any savings and loan association; or whoever enters or attempts to enter any bank, credit union, or any savings and loan association, or any building used in whole or in part as a bank, credit union, or as a savings and loan association, with intent to commit in such bank, credit union, or in such savings and loan association, or building, or part thereof, so used, any felony affecting such bank, credit union, or such savings and loan association and in violation of any statute of the United States, or any larceny—shall be fined under this title or imprisoned not more than twenty years, or both.

### The Investigation

7.   Since in or around August 9, 2017, your affiant has been investigating PANGELINAN for involvement in multiple bank robberies and attempted bank robberies in the Eastern District of Pennsylvania.

8.   On August 9, 2017, at approximately 2:13 p.m., a black male, later identified as PANGELINAN, entered the Citizens Bank branch located at 5500 Germantown Avenue, Philadelphia, Pennsylvania and approached a teller. PANGELINAN passed a note to the teller that stated, "Give me your money!" The teller complied and passed PANGELINAN approximately $1,800 in US currency. PANGELINAN fled the bank on foot.

9.   On August 21, 2017, at approximately 1:12 p.m., a black male, later identified as PANGELIAN, entered the TD Bank branch located at 1240 Bethlehem Pike, Flourtown, Pennsylvania and approached a teller. PANGELINAN then passed a note to the teller that demanded money. The teller questioned PANGELINAN, who then left the bank without any money. The police later recovered a hat, which appeared to have been worn by PANGELINAN, in the direction PANGELINAN had fled.

10. On August 24, 2017, at approximately 3:31 p.m., a black male, later identified as PANGELINAN, entered the TD Bank branch located at 710 Old York Road, Jenkintown Pennsylvania and approached a teller. PANGELINAN then passed an envelope to the teller and stated, "I want you 100s" at which time the teller turned it over and observed "Give me your money!" written on it. The teller handed PANGELINAN $600 in US currency that contained a GPS tracking device. PANGELINAN then fled the bank.

11. The GPS tracking device successfully activated and broadcasted the location that was relayed by a security company to responding officers. The device indicated it was stopped near the intersection of Old York Road and Church Road. Responding officers located PANGELINAN in the passenger seat inside a Honda Odyssey at the location of the GPS device. The owner and driver of the Honda Odyssey, J.C., was identified as the girlfriend of PANGELINAN. As PANGELINAN was removed from the vehicle, US currency fell from his pockets. The $600 in cash taken from the TD Bank robbery was recovered from PANGELINAN.

12. PANGELINAN was detained and a witness show up was conducted with the victim teller who identified PANGELINAN as the male who had robbed her.

13. PANGELINAN was arrested and transported to the Abington Police Department for processing. During his processing, PANGELINAN spontaneously uttered "My girl had nothing to do with this, it was all me." He also stated "It wasn't her man, it was all me."

14. J.C. later provided consent to search her vehicle. During the search, the demand note from the TD Bank in Jenkintown was recovered along with clothing worn by PANGELINAN during the robbery. J.C. indicated no knowledge of the robbery.

15. PANGELINAN was later provided his Miranda rights and interviewed by a

3

detective. During the interview, PANGELINAN stated that he had robbed the TD Bank in Jenkintown, Pennsylvania earlier in the day. PANGELINAN also identified himself from bank surveillance photos committing the bank robbery.

16. PANGELINAN stated that he had committed a bank robbery at a Citizen's Bank on Germantown Avenue in Philadelphia Pennsylvania where he received "$1,800 or $1,900" after passing a note which stated "Give me your money." PANGELINAN identified himself from bank surveillance photos committing this bank robbery.

17. PANGELINAN stated that he had attempted to rob a TD Bank in Flourtown, Pennsylvania and identified himself in bank surveillance photos as he attempted to rob the bank with a note. PANGELINAN stated that he used a note that stated, "give me your money" but did not receive any money from the teller.

18. The deposits of the aforementioned TD Banks and Citizens Banks were insured by the Federal Deposit Insurance Corporation (FDIC) at the time of the robberies described above.

## Conclusion

19. For the foregoing reasons, there is probable cause to charge ANTHONY PANGELINAN with the 3 Counts of bank robbery, in violation of 18 U.S.C. §§ 2113(a).

_____
ADAM SUCHESKI
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed
before me this __31st__ day of August 2017.

_____
HONORABLE THOMAS RUETER
United States Magistrate Judge

5